FILED
Clerk
District Court

MAR -5 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08-00010 |
| Plaintiff, ) | |
| ) | INFORMATION |
| v. ) | |
| ) | |
| REYES, ROSE MAYO OMAR, ) | |
| (a.k.a. Amin, Rose Mayo Omar) ) | |
| ) | |
| Defendant. ) | |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE

### AIDING AND ABETTING ATTEMPTED ILLEGAL ENTRY

On or about August 23, 2007, in the District of the Northern Mariana Islands and elsewhere, ROSE MAYO OMAR REYES, the defendant, did unlawfully, willfully and knowingly aid and abet Mohamad Ruhul Amin's attempt to enter the United States by use of a willfully false statement, in violation of Title 8, United States Code, Section 1325(a), a Class B misdemeanor, and Title 18, United States Code, Section 2.

LEONARDO M. RAPADAS
United States Attorney
District of the Northern Mariana Islands

DATED: 3-5-08         By: _____
                          ERIC S. O'MALLEY
                          Assistant U.S. Attorney