# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-08-00010                                                                 March 5, 2008
                                                                            10:30 a.m.

### UNITED STATES OF AMERICA -V- ROSE MAYO REYES

PRESENT:   HON. ALEX R. MUNSON, JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE N. SHMULL, COURT REPORTER
           ERIC O'MALLEY, ASSISTANT U.S. ATTORNEY
           MATTHEW SMITH, ATTORNEY FOR DEFENDANT
           ROSE M. REYES, DEFENDANT

PROCEEDINGS:   **FILING OF INFORMATION AND ENTRY OF PLEA**

   Defendant appeared with counsel, Attorney Matthew Smith. Government was represented by Eric O'Malley, AUSA. Also present was U.S. Probation Officer, Melinda Brunson.

   Defendant was sworn and examined as to her understanding of her constitutional rights.

   Defendant stated that she wished to enter a plea to the charges in the information.

   Government reported to the Court what they would be able to prove if this matter proceeded to trial. Defendant entered a plea of **GUILTY.** Court found that the defendant was fully competent to enter a knowing and voluntary plea. Court accepted the plea and the Plea Agreement.

   Court ordered that a Presentence Investigation Report be submitted by Tuesday, May 6, 2008 and that the **Sentencing hearing be set for Tuesday, June 10, 2008 at 9:00 a.m.**

   Court ordered that the defendant would remain at liberty under all of the same terms and conditions as previously set.

                                                            Adjourned at 11:10 a.m.


                                                            /s/K. Lynn Lemieux, Courtroom Deputy