ORIGINAL

1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 08-00010 |
| Plaintiff, | ) |
| vs. | ) Garapan, Saipan |
| | ) Wednesday, March 5, 2008 |
| ROSE MAYO REYES, | ) **REPORTER'S PARTIAL TRANSCRIPT OF** |
| | ) **FILING OF INFORMATION and** |
| Defendant. | ) **ENTRY OF PLEA PROCEEDINGS** |

BEFORE THE HONORABLE ALEX R. MUNSON
CHIEF JUDGE, UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

**APPEARANCES:**

For Plaintiff:   Eric O'Malley
                 Assistant United States Attorney
                 MARIANAS DISTRICT
                 Horiguchi Building, Third Floor
                 P. O. Box 500377
                 Saipan, MP  96950
                 Telephone:  (670) 236-2979
                 Facsimile:  (670) 236-2945

For Defendant:   F. Matthew Smith
                 Attorney at Law
                 P. O. Box 501127
                 Saipan, MP  96950
                 Telephone:  (670) 234-7455/7427
                 Facsimile:  (670) 234-7256

Also Present:    Defendant Ms. Rose M. Reyes

FILED
Clerk
District Court

MAR - 6 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

SANAE N. SHMULL
Official Court Reporter
P. O. Box 5128
Saipan, MP 96950-5128