PS 40
(REV. 6/05)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTHERN MARIANA ISLANDS

**NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT**

| | | | |
|---|---|---|---|
| TO: | United States Department of State<br>Office of Passport Policy and Advisory Services<br>2100 Pennsylvania Avenue, NW, 3rd Floor<br>Washington, D.C. 20037 | FROM: | Melinda N. Brunson, U.S. Probation Officer<br>District of the Northern Mariana Islands<br>P.O. Box 502089<br>Saipan, MP 96950 |

F I L E D
Clerk
District Court
MAY - 2 2008
For The Northern Mariana Islands
By_____
(Deputy Clerk)

[X] **Original Notice**          [ ] **Notice of Disposition**

Date: **December 21, 2007**         Date: _____
By:   **Chief Judge Alex Munson**   By:   _____

========================================================================

| | | | |
|---|---|---|---|
| Defendant: | **Rose Mayo Omar Reyes** | Case Number: | **08-00010-001** |
| Date of Birth: | xx-xx-1983 | Place of Birth: | **Saipan, MP** |
| SSN: | xxx-xx-7509 | | |

========================================================================

**NOTICE OF COURT ORDER** (Order Date: **December 21, 2007** )

[✔] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[ ] The above-named defendant surrendered Passport Number _____ to the custody of the **U.S. District Court for the NMI.**

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted.

[ ] Defendant convicted.

Distribution:
Original to Case File
Department of State
    ☐ Not Convicted - Document returned to defendant.
    ☐ Not Convicted - Document enclosed for further investigation due to evidence that the document may have been issued in a false name.
    ☐ Convicted - Document and copy of Judgment enclosed.
Defendant (or representative)